UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Igiehon Mary__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__Cranford Avenue Apts. L.P.__
__C/OC Affordable Mangt.__
__Ron Moleis (Landlord) Owner__
__Superintendent, Cullen & Associates__
__Et. al.__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
MAY 19 2015
PRO SE OFFICE

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

42 U.S.C 1983, 85, AND 1986.

**15CV4116**

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name __Mary Igiehon__
Street Address __740 Cranford Avenue Apt. 1D__
County, City __Bronx, NY 10470__
State & Zip Code
Telephone Number __718 464-1784__

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __Cranford Avenue Apt. L.P.__
Street Address __740 Cranford Ave (Superintendent)__

*Rev. 05/2010*

County, City __Bronx, NY 10470__
State & Zip Code _____
Telephone Number _____

Defendant No. 2   Name __Ron Moleis (Owner)__
Street Address __Cranford Avenue Apartment L.P.__
County, City __1735 Park Avenue, Suite 300__
State & Zip Code __New York NY 10035__
Telephone Number __(212) 348-3248__

Defendant No. 3   Name __Jose M. Perez (Super)__
Street Address __740 Cranford Ave__
County, City __Bronx, NY.__
State & Zip Code __10470__
Telephone Number _____

Defendant No. 4   Name __Cullen & Associates, P.C.__
Street Address __2 Rector Street, Suite 903__
County, City __New York, NY 10006__
State & Zip Code _____
Telephone Number __(212) 233-9772__

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions        ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **740 Cranford Avenue APARTMENTS**

B. What date and approximate time did the events giving rise to your claim(s) occur? **August 2014 thru 5/11/2015**

| | |
|---|---|
| What happened to you? | C. Facts: I a woman has sustained injury for Deprivation of Private Right of Publicity, where Intellectual property right were accessed without Due Process of law. Let Defendants' clearly violated federal laws pertaining to Housing Discrimination, Gender Discrimination, Racial Discrimination, Age Discrimination and above all Disability Discrimination and is Ongoing. That injuries as a Private Right of Publicity in law and Equity was committed where parties failed to apply the federal choice of law 2/3 in addition Statutory and Constitutional 1,4,5,6,9,11 and 14 Amendment Violations by Corporate Charter agencies. I, a woman of age however did incurred injuries, damages and lost almost her life. Sustained injury for deprivation of Private Rights of Publicity, constant Harassments by Defendants', Mail Fraud and threats. Defendant had made numerous efforts dragging Plaintiff into Federal Court with frivolous claims under Diversity while operating under Equity Jurisprudence. |
| Who did what? | |
| Was anyone else involved? | |
| Who else saw what happened? | |

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. **Plaintiff/Claimant has been recently evaluated prior to shoulder surgery and general anesthesia, Plaintiff suffers from severely elevated blood pressure, Hypertensive heart disease, measured as Concentric Left Ventricular hypertrophy on an echocardiogram dated last Jan 2014. Plaintiff has history of anemia and recently automobile accident resulting in low back pain.**

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I, a women respectfully request this Hon' Court of Justice to immediately order an Injunction of Harassment by the "Super" and Manajt. Due to permanent psychological and Emotional distress of Ongoing Harassment and threats by this Manyjemt. Plaintiff further claims Injuries of loss of feeling and Mobility in right nerved, leg, Emotional distress, loss of time passed with family and especial my grandchildren filing false documents, making false statements threats. Plaintiff, hereby request that this Hon' Court award a Declaratory Judgement of "Ten million" $10,000,000 for unlawful deprivation of Plaintiff's liberty guaranteed by the Bill of Rights. And $25,000,000.000 million for Retaliation Harassment, deprivation physical and Emotional trauma and torture.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of 18, 2015

Signature of Plaintiff X _____

Mailing Address  740 Crawford Ave #1D
                 Bronx, NY 10450

Telephone Number (718) 404 1784

Fax Number *(if you have one)* _____

DORIS M ESCOBAR
Notary Public - State of New York
NO. 01ES6286991
Qualified in New York County
My Commission Expires Aug 5, 2017

5/16/15

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

